# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

ROBERT OWENS, §
ID # 2251388 §
 §
 §
v. § CIVIL ACTION NO. 3:25-CV-2925-S-BW
 §
WARDEN CASTLEBERRY §

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court will, by separate judgment, **SUMMARILY DISMISS WITHOUT PREJUDICE** the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody [ECF No. 3].

**SO ORDERED.**

SIGNED March 3, 2026.

_____
**UNITED STATES DISTRICT JUDGE**